**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Lazaro Elizalde Hernandez,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03418-PHX-DJH (ASB)

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 4.) On August 19, 2026, Respondents filed a Status Report indicating Petitioner was removed from the United States on May 22, 2026. (Doc. 16.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 20th day of August, 2026.

Honorable Diane J. Humetewa
United States District Judge